In the Matter of the Transfer Tax upon the Estate of GEORGE W. OTIS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; W. FRANK NEWELL, as Executor, Respondent.

*Transfer tax — when bonds upon which secured debt tax had not been paid not subject to additional tax of five per cent.*

*Matter of Otis*, 190 App. Div. 720, affirmed.

(Argued April 13, 1920; decided April 27, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1920, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of George W. Otis, deceased. The question was whether certain bonds comprising part of the estate were subject to an additional tax of five per cent under section 221-b of chapter 700 of the Laws of 1917. Decedent purchased the securities in question October 16, 1916. He died September 28, 1917. The surrogate held that the transfer of these investments was not subject to an additional tax because the deceased had acquired them after the 1st of October, 1916, and died before October 1, 1917, and, therefore, was not assessed or should not pay a personal tax thereon.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*Julius H. Beckwith* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, McLAUGHLIN and CRANE, JJ. Dissenting: HOGAN, CARDOZO and ELKUS, JJ.